### 1824. KAIGLER v. THE STATE.

RUSSELL, J.  The evidence of the defendant's guilt of the offense of selling
intoxicating liquors upon a specified occasion being manifest and de-
manding the verdict rendered, it was not error to refuse a new trial, even
if certain opinionative evidence as to a mere circumstance concerning an
entirely different transaction was improperly admitted.

*Judgment affirmed.*

Accusation of sale of liquor, from city court of Ashburn—
Judge Hawkins.  March 15, 1909.

Submitted May 4,—Decided June 15, 1909.

*R. L. Tipton,* for plaintiff in error.

*J. A. Comer, solicitor,* contra.

---

### 1834. ALEXANDER v. CITY OF ATLANTA.

POWELL, J. - This case is controlled by *Athens* v. *City of Atlanta,* ante, 244
(64 S. E. 711) ; *Callaway* v. *Mims,* 5 *Ga. App* 9 (63 S. E. 654) ; *Sawyer*
v. *City of Blakely,* 2 *Ga. App.* 159 (58 S. E. 399).  *Judgment affirmed.*

Certiorari, from Fulton superior court—Judge Pendleton.  April
9, 1909.

Argued May 4,—Decided June 15, 1909.

*Walter A. Sims, Burton Cloud,* for plaintiff in error.

*W. P. Hill, J. L. Mayson,* contra.